# FORM 1B
# WAIVER OF SERVICE OF SUMMONS

TO: _____Timothy M. Kolman, Esquire_____

    I acknowledge receipt of your request that I waive service of a summons in the action of (**Buck v. The Reading Hospital and Medical Center**) which is case number **11-07151** in the United States District Court for the Western District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with the judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **December 8, 2011**, or within 90 after that date if the request was sent outside the United States.

_12/8/11_____                    _[signature]_____
Date                                 Signature

                                                     Printed/typed name:

                                                     _Vincent Candiello_

                                                     [as _Attorney_____]
                                                     [for _TRHMC_____]